**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LANDSCAPE STRUCTURES INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:26-cv-8761 |
| v. | ) | |
| _____ | ) | |
| | ) | |
| **ABT, INC.,** | ) | |
| Defendant. | ) | |

**COMPLAINT FOR JUDICIAL REVIEW OF FINAL TTAB DECISION**

Plaintiff Landscape Structures Inc. ("LSI" or "Plaintiff"), by and through its undersigned counsel, Hansen Reynolds LLC and Kelly, Holt, and Christenson, for its Complaint against Defendant ABT, Inc. ("ABT" or "Defendant"), alleges as follows:

**NATURE OF THE ACTION**

1. Plaintiff LSI brings this action pursuant to Section 21(b) of the U.S. Trademark Act of 1946 ("the Lanham Act"), as amended, 15 U.S.C. § 1071(b), for judicial review of a final decision of the U.S. Patent and Trademark Office ("USPTO") Trademark Trial and Appeal Board ("TTAB").

**PARTIES**

2. Plaintiff LSI is a Minnesota corporation having a principal place of business at 601 7th Street South, Delano, Minnesota.

3. LSI is a leading innovator, designer, and manufacturer of high-quality commercial playground, splash pad, and shade equipment and play areas for all ages and abilities.

4. Significantly, LSI designs and manufactures its equipment and play areas for large-scale community installations, including for example, installations in public parks, community centers, government facilities, faith-based facilities, and schools. As such, LSI does not market its products to individual consumers, but rather, to organizations, often through third-party sellers and distributors.

5. On information and belief, Defendant ABT is a corporation organized and existing under the laws of the State of North Carolina, and having a principal place of business at 259 Murdock Road, Troutman, North Carolina.

6. On information and belief, ABT is a manufacturer and provider of surface drainage and landscape edging products.

7. On information and belief, ABT regularly promotes and transacts its business in the State of Illinois and in this judicial district and derives substantial revenue from interstate commerce.

8. On information and belief, ABT does *not* manufacture or sell playground, splash pad, or shade equipment or facilities that compete directly with LSI's products.

## JURISDICTION AND VENUE

9. This Court has jurisdiction over the subject matter of this action pursuant to Section 21(b) of the Lanham Act, 15 U.S.C. § 1071(b), which permits a party to challenge a final decision of the TTAB by filing an action in Federal District court.

10. This Court also has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331.

2

9. The Court has personal jurisdiction over Defendant ABT pursuant to 735 ILCS 5/2-209. As alleged herein, on information and belief, ABT regularly solicits and transacts business in the State of Illinois and in this judicial district.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(3) because Defendant ABT is subject to this Court's personal jurisdiction with respect to this action. As alleged herein, on information and belief, promotes, solicits, and transacts its business in the State of Illinois and in this judicial district.

## BACKGROUND FACTS

11. On July 20, 2022, LSI filed Application Serial No. 97/511,873 with the USPTO for registration of its "FLEXX" trademark on the Principal Register (the "Application"). In that Application, LSI identified that it intended to use this mark within International Class 028 in connection with "playground equipment, namely, climbing units; playground equipment, namely, barriers between playground areas; playground equipment, namely, nets."

12. LSI's Application was published for opposition on June 13, 2023, in the Trademark Official Gazette.

13. Defendant ABT filed its Notice of Opposition to LSI's Application at the USPTO on October 11, 2023, alleging that LSI's goods to be used in connection with the "FLEXX" mark "are highly similar to, overlap with, and/or are related to" ABT's goods.

12. ABT further alleged in support of its Notice of Opposition to LSI's Application—albeit on information and belief—that it expected LSI's goods in connection with the "FLEXX" mark would be "marketed to the same and/or similar consumers and distributed through the same and/or similar channels of distribution as" ABT's goods.

3

13. On information and belief, each of these allegations by ABT in support of its Notice of Opposition are false and ABT reasonably should have known them to be false.

14. For its Notice of Opposition, ABT contended that registration of LSI's "FLEXX" mark "is likely to cause confusion, deception, and/or mistake as to source" of LSI's goods, resulting "in irreparable damage to [ABT] due to the likelihood of confusion" claimed by ABT.

15. On May 22, 2026, the TTAB entered its final decision in ABT's favor, sustaining the opposition to LSI's Application.

**COUNT I**
**Judicial Review of Final TTAB Decision**
**Pursuant to Lanham Act Section 21(b), 15 U.S.C. § 1071(b)**

16. LSI repeats and realleges each and every allegation in the foregoing paragraphs as if fully set forth herein.

17. LSI appeals the erroneous decision of the TTAB of May 22, 2026, in the matter of *ABT, Inc. v. Landscape Structures Inc.*, Opposition No. 91287603.

18. The May 22, 2026, TTAB decision is a final decision subject to review under Section 21 of the Lanham Act, 15 U.S.C. § 1071, and specifically, is subject to *de novo* review by this Court pursuant to Section 21(b) of the Lanham Act, 15 U.S.C. § 1071(b).

19. LSI has taken no appeal of the May 22, 2026, TTAB decision to the United States Circuit Court for the Federal Circuit.

20. The TTAB's conclusions of law set forth in its May 22, 2026, decision are not correct and its findings of fact there are not supported by the full scope of the available evidence.

4

21. As such, LSI seeks entry of an order reversing the TTAB's erroneous decision of May 22, 2026, and further seeks an order requiring that the USPTO register LSI's "FLEXX" mark on the Principal Register in accordance with LSI's Application.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff LSI respectfully prays that this Court enter judgment as follows:

A. Reversing the May 22, 2026, decision of the Trademark Trial and Appeal Board in the matter of *ABT, Inc. v. Landscape Structures Inc.*, Opposition No. 91287601 pursuant to 15 U.S.C. § 1071(b);

B. Ordering the United States Patent and Trademark Office to register Application Serial No. 97/511,873 on the Principal Register; and

C. Awarding Plaintiff LSI all such other and further relief as this Court may deem just and proper under the circumstances.

Respectfully submitted,

Date: July 23, 2026

  /s/ *Thomas S. Reynolds II*
Thomas S. Reynolds II
HANSEN REYNOLDS LLC
301 North Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
treynolds@hansenreynolds.com

Joseph J. Jacobi
HANSEN REYNOLDS LLC
150 South Wacker Dr., 24th Floor
Chicago, Illinois 60606
(312) 265-2252
jjacobi@hansenreynolds.com

*Attorneys for Plaintiff*
*Landscape Structures Inc.*

5